742

437 P.2d 1011

Robert LAUGHLIN, Petitioner,

v.

Wesley M. FOSTER, Municipal Clerk of the City of Roswell, New Mexico, and The Honorable Caswell S. Neal, District Judge of the Fifth Judicial District of the State of New Mexico, Respondents.

No. 8612.

Supreme Court of New Mexico.

March 1, 1968.

CHAVEZ, Chief Justice and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of mandamus heretofore issued herein on February 20, 1968, be and the same is hereby made permanent.

437 P.2d 1011

Russell John FALCK, Petitioner,

v.

Honorable Dee C. BLYTHE, District Judge, Ninth Judicial District, County of Roosevelt, State of New Mexico, Respondent.

No. 8607.

Supreme Court of New Mexico.

March 6, 1968.

Ordered that the motion of respondent to quash the alternative writ of prohibition be and the same is hereby sustained, and that the alternative writ of prohibition issued out of this Court on February 15, 1968, be and the same is hereby quashed for the reason that the issues presented by the petition for a writ of prohibition may be raised on appeal after trial.

437 P.2d 1011

RAINBOW GARDEN ROLLER DROME, Petitioner,

v.

The Honorable D. A. MACPHERSON, Jr., Judge of the District Court of the Second Judicial District of the State of New Mexico, Respondent.

No. 8623.

Supreme Court of New Mexico.

March 1, 1968.

CHAVEZ, Chief Justice and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.